1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   MARK A. GLEASON,                              )   1:02-cv-06558 AWI YNP DLB (HC)
                                                  )
10                     Petitioner,                )   ORDER DENYING PETITIONER'S
                                                  )   MOTION FOR RELIEF FROM JUDGMENT
11        v.                                      )
                                                  )   [Doc. #39]
12   E.S. ALAMEIDA, Warden,                       )
                                                  )
13                     Respondent.                )
                                                  )
14   _____        )

15

16          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254.

18          On July 6, 2009, Petitioner filed a motion seeking relief from this Court's December 20, 2004

19   ruling against him pursuant to Federal Rule of Civil Procedure 60(b)(6).  (Doc. #39).

20          Rule 60(b) allows for relief from a final judgment, order, or proceeding for several specified

21   reasons as well as "any other reason that justifies relief."  Fed. R. Civ. Pro. 60(b).  In this case,

22   Petitioner alleges that the U.S. Magistrate Judge who issued the Findings and Recommendation

23   (Doc. #20) on his case was biased.  The fact that Petitioner believes the Magistrate Judge was biased

24   in his case is not grounds for relief, however, because a Federal District Court Judge reviewed the

25   petition *de novo* pursuant to 28 U.S.C. §636(b)(1)(C) before adopting the Findings and

26   Recommendations.  (Doc. #23 at 1-2).  Had the Findings and Recommendations shown signs of bias,

27   the District Court Judge would have found them during his *de novo* review.  The order adopting the

28   Findings and Recommendations held  "the Findings and Recommendations to be supported by the

record and proper analysis," and then goes on to discuss why the Magistrate Judge's analysis was sound and Petitioner's objections were not.  (<u>Id</u>. at 2-3).  Accordingly, Petitioner's motion for relief from the order is hereby DENIED.


IT IS SO ORDERED.

**Dated:    July 9, 2009**                    _____ **/s/ Dennis L. Beck** _____
                                                    UNITED STATES MAGISTRATE JUDGE